# United States District Court
# For The Western District of North Carolina
# Asheville Division

DONNA J. PARKER,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                          1:11cv205

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/02/2012 Order of Remand.

Signed: August 2, 2012

Frank G. Johns, Clerk
United States District Court